| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHI SOO KIM<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE FEENEY,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | CASE NO. 2:17-cv-02303 JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE STATUS (PRE-TRIAL SCHEDULING) ORDER** [ECF No. 8] |

Plaintiff Katie Feeney and Defendant United States respectfully propose and stipulate to modify the Status (Pre-trial Scheduling) Order as set forth below. Status (Pre-trial Scheduling) Order [ECF No. 8]. There is good cause to modify the schedule due to Plaintiff's complex medical condition, which includes disarticulation (i.e., amputation). In order to proceed with and complete both fact and expert discovery, the parties agree that Plaintiff must undergo various medical exams. Due to Plaintiff's complex medical condition, which includes the coordination of medical care with different physicians at different medical institutions across the country, additional medical treatment and surgeries are being undertaken. Plaintiff's additional medical treatment and surgeries have been postponed and will not begin until mid to late August. As a result, the parties respectfully request a modification of the scheduling order to allow Plaintiff the time needed to undergo additional medical treatment and surgeries, and to allow the parties to complete fact and expert discovery.

The parties have been working together cooperatively and will continue to update the Court with the case status. The parties are working towards an efficient resolution of this matter as required and

*Feeney v. United States*, No. 2:17-cv-02303 JAM-AC                                                                                              1
JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

promoted in the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 1.

| Schedule | Current | Proposed |
|---|---|---|
| - Plaintiff's Expert Disclosures | June 14, 2019 | Jan. 6, 2020 |
| - Defendant's Expert Disclosures | July 12, 2019 | Feb. 3, 2020 |
| - Supplemental Expert Disclosures | Aug. 9, 2019 | Feb. 21, 2020 |
| - Discovery Cutoff | Aug. 9, 2019 | March 20, 2020 |
| - Dispositive Motion Filing Deadline | Sep. 10, 2019 | April 10, 2020 |
| - Last Day for Dispositive Motions to be Heard | Oct. 8, 2019 | May 12, 2020 |
| - Final Pretrial Conference | Dec. 13, 2019 | July 14, 2020 |
| - Trial (Bench, 8 days) | Feb. 3, 2020 | Sep. 14, 2020 |

Respectfully submitted,

Dated: July 26, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Chi Soo Kim*
Chi Soo Kim
Assistant United States Attorney

Attorneys for the United States

BOSTWICK & PETERSON, LLP

Dated: July 26, 2019

*/s/ James S. Bostwick*  (auth'd 7/26/19)
James S. Bostwick, Esq.

Attorneys for Plaintiff Katie Feeney

# ORDER

Schedule                                              Ordered

- Plaintiff's Expert Disclosures                      Jan. 6, 2020
- Defendant's Expert Disclosures                      Feb. 3, 2020
- Supplemental Expert Disclosures                     Feb. 21, 2020
- Discovery Cutoff                                    March 20, 2020
- Dispositive Motion Filing Deadline                  April 21, 2020
- Last Day for Dispositive Motions to be Heard        May 19, 2020
- Final Pretrial Conference                           July 17, 2020 at 10:00 AM
- Trial (Bench, 8 days)                               Sep. 14, 2020 at 9:00 AM

IT IS SO ORDERED.

Dated: July 26, 2019                    /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        United States District Court Judge