1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE FEENEY,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. 2:17-cv-02303 JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** [ECF No. 11] |

Plaintiff Katie Feeney and Defendant United States respectfully propose and stipulate to modify the current scheduling order as set forth below. Joint Stip. and Order to Modify the Status (Pre-trial Scheduling) Order [ECF No. 11]. There is good cause to modify the schedule due to Plaintiff's complex medical condition, which includes disarticulation (i.e., amputation). In order to proceed with and complete both fact and expert discovery, the parties agree that Plaintiff must undergo various medical exams. Due to Plaintiff's complex medical condition, which includes the coordination of medical care with different physicians at different medical institutions across the country, additional medical treatment and surgeries were undertaken. Plaintiff began her medical exams in the fall but was not able to complete them due to her various medical complications, and the parties are currently re-scheduling them. As a result, the parties respectfully request a modification of the scheduling order to allow the parties to complete fact and expert discovery.

The parties have been working together cooperatively and will continue to update the Court with the case status. The parties are working towards an efficient resolution of this matter as required and

promoted in the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 1.

| Schedule | Current | Proposed |
|---|---|---|
| - Plaintiff's Expert Disclosures | Jan. 6, 2020 | April 24, 2020 |
| - Defendant's Expert Disclosures | Feb. 3, 2020 | June 5, 2020 |
| - Supplemental Expert Disclosures | Feb. 21, 2020 | June 25, 2020 |
| - Discovery Cutoff | March 20, 2020 | July 24, 2020 |
| - Dispositive Motion Filing Deadline | April 10, 2020 | Aug. 18, 2020 |
| - Last Day for Dispositive Motions to be Heard | May 12, 2020 | Sep. 15, 2020 |
| - Final Pretrial Conference | July 14, 2020 | Oct. 16, 2020 at 11:00 a.m. |
| - Trial  (Bench, 8 days) | Sep. 14, 2020 | Nov. 16, 2020 at 9:00 a.m. |

Dated:  February 6, 2020

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By: */s/  Chi Soo Kim*
Chi Soo Kim
Assistant United States Attorney

Attorneys for the United States

BOSTWICK & PETERSON, LLP

Dated:  February 6, 2020

*/s/ James S. Bostwick*         (auth'd 2/6/20)
James S. Bostwick, Esq.

Attorneys for Plaintiff Katie Feeney

**ORDER**

IT IS SO ORDERED.

DATED:   2/7/2020

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

*Feeney v. United States*, No. 2:17-cv-02303 JAM-AC

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

2