James S. Bostwick (SB# 042718)
Blake P. Bostwick (SB# 289317)
**BOSTWICK & PETERSON, LLP**
591 Redwood Highway, Suite 2350
Mill Valley, CA 94941
Telephone : (415) 421-8300
Fax : (415) 421-8301

Attorneys for Plaintiff
KATIE FEENEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KATIE FEENEY,

Plaintiff,

vs.

UNITED STATES OF AMERICA and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 2:17-CV-02303 JAM-AC

**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER**
[ECF NO. 14]

**(AS MODIFIED BY THE COURT)**

Plaintiff Katie Feeney and Defendant United States respectfully propose and stipulate to modify the current scheduling order as set forth below. Joint Stip. and Order to Modify the Status (Pre-trial Scheduling) Order [ECF No. 14]. There is good cause to modify the schedule due to Plaintiff's complex medical condition, which includes disarticulation (i.e., amputation) of her right leg at the hip, damage to the left leg and other claimed injuries. In order to proceed with and complete both fact and expert discovery, the parties agreed that Plaintiff must undergo various medical exams. Due to Plaintiff's complex medical condition, which includes the coordination of medical care with different physicians at different medical institutions across the country, additional medical treatment and surgeries were undertaken by her during the summer and fall of 2019. After completing these procedures, Plaintiff began her independent medical exams in the fall but was not able to complete them due to her various

medical complications. The parties were cooperating in an attempt to re-schedule them. Unfortunately, due to the national health crisis related to COVID-19, Plaintiff could not and still cannot, fly across the country. In addition, other discovery cannot proceed due to the national health crisis, including depositions. Because this is a medical malpractice case, many of the potential fact and expert witnesses are medical doctors and medical care providers who are located across the country.

As a result, the parties respectfully request a modification of the scheduling order to allow the parties to complete fact and expert discovery. Plaintiff has informally exchanged several medical reports of her damages experts and expects to supply the last two to Defendant this week. Plaintiff has also supplied several liability expert reports to Defendant and expects to provide the rest of her reports shortly. Plaintiff has agreed to cooperate fully with any additional medical evaluations Defendant feels are necessary as soon as safe travel is possible.

The parties have been working together cooperatively and will continue to update the Court with the case status. The parties are working towards an efficient resolution of this matter as required and promoted in the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 1.

| Schedule | Current | Proposed |
|---|---|---|
| - Plaintiff's Expert Disclosures | April 24, 2020 | May 22, 2020 |
| - Defendant's Expert Disclosures | June 5, 2020 | July 5, 2020 |
| - Supplemental Expert Disclosures | June 25, 2020 | July 17, 2020 |
| - Discovery Cutoff | July 24, 2020 | Sept 25, 2020 |
| - Dispositive Motion Filing Deadline | Aug. 18, 2020 | Oct 13, 2020 |
| - Last Day for Dispositive Motions to be Heard | Sep. 15, 2020 | Nov 10, 2020 At 1:30 p.m. |
| Final Pretrial Conference | Oct. 16, 2020 | Jan. 8, 2021 at 10:00 a.m. |
| Trial (Bench, 8 days) | Nov. 16, 2020 | Feb. 8, 2021 at 9:00 a.m. |

Respectfully submitted,

Dated: April 23, 2020

**BOSTWICK & PETERSON, LLP**

By: *_/s/ James Bostwick_*
James S. Bostwick, Esq.
Attorneys for Plaintiff Katie Feeney

**McGREGOR W. SCOTT**
United States Attorney

Dated: April 23, 2020

By: *_/s/ Chi Soo Kim_*
Chi Soo Kim, Esq.
Assistant United States Attorney
Attorneys for the United States

IT IS SO ORDERED. **(AS MODIFIED BY THE COURT)**

DATED: April 24, 2020

/s/ John A. Mendez____________
JOHN A. MENDEZ
United States District Court Judge