James S. Bostwick (SB# 042718)
Blake P. Bostwick (SB# 289317)
BOSTWICK & PETERSON, LLP
591 Redwood Highway, Suite 2350
Mill Valley, CA 94941
Telephone     : (415) 421-8300
Fax               : (415) 421-8301

Attorneys for Plaintiff KATIE FEENEY

McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| KATIE FEENEY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO. 2:17-CV-02303 JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER**<br>[ECF NO. 16] |
|---|---|

    Plaintiff Katie Feeney and Defendant United States respectfully propose and stipulate to modify the current scheduling order as set forth below. Joint Stip. and Order to Modify the Scheduling Order [ECF No. 16].  There is good cause to modify the schedule due to Plaintiff's complex medical condition, which includes disarticulation (i.e., amputation) of her right leg at the hip, damage to the left leg and other claimed injuries; the national health crisis related to COVID-19; and to allow the parties to engage

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER**

1  in meaningful settlement discussions.  In order to proceed with and complete both fact and expert

2  discovery, the parties agreed that Plaintiff must undergo various medical exams.  Due to Plaintiff's

3  complex medical condition, which includes the coordination of medical care with different physicians at

4  different medical institutions across the country, additional medical treatment and surgeries were

5  undertaken by her during the summer and fall of 2019.   After completing these procedures, Plaintiff

6  began her independent medical exams in the fall but was not able to complete them due to her various

7  medical complications. The parties were cooperating in an attempt to re-schedule them.  Unfortunately,

8  due to the continuing national health crisis related to COVID-19, Plaintiff could not and still cannot, fly

9  across the country.  As a result, the parties have not been able to complete Plaintiff's independent

10 medical exams.  In addition, other discovery cannot proceed due to the national health crisis, including

11 depositions.  Because this is a medical malpractice case, many of the potential fact and expert witnesses

12 are medical doctors and medical care providers who are located across the country.

13      Plaintiff has served her initial expert disclosures.  The parties now respectfully request a

14 modification of the scheduling order vacating the current discovery and dispositive motion deadlines to

15 allow the parties to engage in meaningful settlement negotiations.  The parties note that they do not

16 anticipate that dispositive motions will be filed.  The parties will provide the Court with a status update

17 in 30 days.  At that time, if the parties are not able to reach a resolution or make substantial progress

18 towards resolution, the parties will submit a proposed scheduling order.

| Schedule | Current | Proposed |
|---|---|---|
| - Defendant's Expert Disclosures | July 5, 2020 | Vacated |
| - Supplemental Expert Disclosures | July 17, 2020 | Vacated |
| - Discovery Cutoff | Sept 25, 2020 | Vacated |
| - Dispositive Motion Filing Deadline | Oct 6, 2020 | Vacated |
| - Last Day for Dispositive Motions to be Heard | Nov 3, 2020 | Vacated |
| - Final Pretrial Conference | Jan. 8, 2021 at 10:00 a.m. | No Change |
| - Trial  (Bench, 8 days) | Feb. 8, 2021 at 9:00 a.m. | No Change |

|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |

Respectfully submitted,

Dated: June 22, 2020

**BOSTWICK & PETERSON, LLP**

By: */s/ James Bostwick* (authorized 6/22/2020)
_____
James S. Bostwick, Esq.
Attorneys for Plaintiff Katie Feeney

**McGREGOR W. SCOTT**
United States Attorney

Dated: June 22, 2020

By: *         /s/ Chi Soo Kim*
Chi Soo Kim, Esq.
Assistant United States Attorney
Attorneys for the United States

**ORDER**

IT IS SO ORDERED.

DATED:  June 24, 2020

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

3

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER**